DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
NAVRUZ AVLONI (SBN 279556)
**MASTAGNI, HOLSTEDT,**
**AMICK, MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Diane James

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE JAMES,<br><br>         Plaintiff,<br>v.<br><br>KIEWIT INFRASTRUCTURE WEST, CO.,<br><br>         Defendants. | CASE NO. 2:12-CV-01651-WBS-DAD<br><br>**ORDER RE: STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

   Good cause appearing, it is hereby ORDERED that this matter is referred to the Voluntary Dispute Resolution Program (VDRP) persuant to Local Rule 271 as stipulated by the parties.

Dated:   October 10, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1