DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
IAN M. ROCHE (SBN 265038)
**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff
DIANE JAMES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE JAMES,<br><br>Plaintiff,<br>v.<br><br>KIEWIT INFRASTRUCTURE WEST, CO., and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01651-WBS-DAD<br><br>**MOTION & STIPULATION TO EXTEND DISCOVERY DATES; [~~Proposed~~] ORDER**<br><br>Action Filed: June 27, 2012<br>Trial Date: January 4, 2014 |

Plaintiff DIANE JAMES and Defendant KIEWIT INFRASTRUCTURE WEST, CO., through their respective counsel, hereby move this Court and stipulate to extend discovery dates and request modification of the Court's scheduling order pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**Recitals**

1. On or about October 11, 2012, United States District Court Judge William B. Shubb issued a Status and Pretrial Scheduling Order set the following dates for the completion of discovery, including expert discovery:

   Expert Disclosures: May 15, 2013

   Rebuttal Experts: June 10, 2013

   Discovery Cut-off: September 3, 2013

   Last date to notice Discovery Motions to compel is September 3, 2013.

2. The parties worked diligently to complete discovery, including participating in written discovery

and depositions. Subsequently, the parties agreed to participate in this Court's Voluntary Dispute Resolution Program (VDRP).

3. Through the VDRP a mediation was scheduled with Doug DeViers for April 18, 2013. The parties agreed to move the mediation at Defendant's request, as discovery was on going and Defendant's were waiting for feedback from their Independent Medical Examiners (some of which had yet to examine plaintiff). The parties agreed to move the mediation to May 22, 2013, so that all necessary discovery would be complete before the VDRP session, so as to give the VDRP session the greatest chance of success.

4. Based on the current scheduling order, Expert Disclosures and thereafter Expert Rebuttals will take place before the Mediation session. The parties agree that the VDRP session will have a greater likelihood of success, if expert disclosure are pushed back so that the parties can enter mediation without having expended sums for expert discovery. As scheduled, Expert Disclosures and the close of discovery will cause the parties to expend significant sums of money, which will in turn hamper the re-scheduled mediation. One advantage of mediation settlement is of course, saving the cost of expert discovery, however, based on the current Scheduling Order, those cost will be sunk before the parties reach their VDRP session. Therefore, the parties move this Court and stipulate to modify the Scheduling Order as it pertains to Expert Disclosure, Rebuttal Experts, Discovery Closure, and Discovery Motions.

5. The parties move this court to modify the PRETRIAL SCHEDULING ORDER discovery deadlines as follows:

Expert Disclosures: July 15, 2013

Rebuttal Experts: August 10, 2013

Discovery Cut-off: November 3, 2013

Last date to notice Discovery Motions to compel is November 3, 2013.

6. The parties have all agreed to work together diligently to schedule and complete all remaining discovery, as soon as possible, but believe the above requested extension at paragraph 5 is necessary to complete discovery, while giving VDRP the greatest chance of success. With these proposed changes in the schedule, the parties agree that the remaining scheduling for dispositive

motions, pretrial conference and trial will not need to be altered.

Accordingly:

STIPULATION TO EXTEND DISCOVERY DEADLINES

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the PRETRIAL SCHEDULING ORDER may be amended to extend the discovery deadlines as follows:

Expert Disclosures: July 15, 2013

Rebuttal Experts: August 10, 2013

Discovery Cut-off: November 3, 2013

Last date to notice Discovery Motions to compel is November 3, 2013.

Dated: April 16, 2013

**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, APC.**

By: __ /S/ Phillip R.A. Mastagni________________

PHILLIP R. A. MASTAGNI (SBN 238254)

Attorneys for Plaintiff DIANE JAMES

Dated: April 16, 2012

**DIEPENBROCK & COTTER, LLP**

By: ___/S/ John P. Cotter________________________

JOHN P. COTTER, Esq.

Attorneys for Defendants KIEWIT INFRASTRUCTURE WEST, CO.

**[~~PROPOSED~~] ORDER**

Good cause appearing, it is hereby ORDERED that the current dates set forth in the Court's Scheduling Order Setting Expert Disclosure, Expert Rebuttal, and Discovery Closure Deadlines previously filed on October 11, 2012, are hereby Modified, and the Court hereby issues Expert Disclosure, Expert Rebuttal, and Discovery Closure Deadline Order, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures: | May 15, 2013 | July 15, 2013 |
| Rebuttal Experts: | June 10, 2013 | August 10, 2013 |
| Discovery Cut-off: | September 3, 2013 | November 3, 2013 |

The Court further orders that the last date to notice Discovery Motions to compel is November 3, 2013.

DATED: April 17, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE