1  DAVID P. MASTAGNI (SBN 57721)
   PHILLIP R.A. MASTAGNI (SBN 238254)
2  IAN M. ROCHE (SBN 265038)
   **MASTAGNI, HOLSTEDT, AMICK,  MILLER & JOHNSEN**
3  *A Professional Corporation*
   1912 "I" Street
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614

6  Attorneys for Plaintiff
   DIANE JAMES

7

8                    **UNITED STATES DISTRICT COURT**

                      **EASTERN DISTRICT OF CALIFORNIA**
9

10 DIANE JAMES,                              Case No.: 2:12-cv-01651-WBS-DAD

11              Plaintiff,                   **MOTION & STIPULATION TO**
                                             **EXTEND DISCOVERY DATES;**
12 v.                                        **[Proposed] ORDER**

13 KIEWIT INFRASTRUCTURE WEST, CO., and      Action Filed: June 27, 2012
   DOES 1 through 200, inclusive,            Trial Date: January 4, 2014
14
                Defendants.
15

16         Plaintiff DIANE JAMES and Defendant KIEWIT INFRASTRUCTURE WEST, CO., through

17 their respective counsel, hereby move this Court and stipulate to extend discovery dates and request

18 modification of the Court's scheduling order pursuant to Rule 16 of the Federal Rules of Civil

19 Procedure.

20                              **Recitals**

21 1.   On or about October 11, 2012, United States District Court Judge William B. Shubb issued a

22      Status and Pretrial  Scheduling Order set the following dates for the completion of discovery,

23      including expert discovery:

24              Expert Disclosures:    May 15, 2013

25              Rebuttal Experts:      June 10, 2013

26              Discovery Cut-off: September 3, 2013

27              Last date to notice Discovery Motions to compel is September 3, 2013.

28 2.   The parties worked diligently to complete discovery, including participating in written discovery

1   and depositions.  Subsequently, the parties agreed to participate in this Court's Voluntary

2   Dispute Resolution Program (VDRP).

3   3.   Through the VDRP a mediation was scheduled with Doug DeViers for April 18, 2013. The

4   parties agreed to move the mediation at Defendant's request, as discovery was on going and

5   Defendant's were waiting for feedback from their Independent Medical Examiners (some of

6   which had yet to examine plaintiff). The parties agreed to move the mediation to May 22, 2013,

7   so that all necessary discovery would be complete before the VDRP session, so as to give the

8   VDRP session the greatest chance of success.

9   4.   Based on the current scheduling order, Expert Disclosures and thereafter Expert Rebuttals will

10   take place before the Mediation session. The parties agree that the VDRP session will have a

11   greater likelihood of success, if expert disclosure are pushed back so that the parties can enter

12   mediation without having expended sums for expert discovery. As scheduled, Expert Disclosures

13   and the close of discovery will cause the parties to expend significant sums of money, which will

14   in turn hamper the re-scheduled mediation. One advantage of mediation settlement is of course,

15   saving the cost of expert discovery, however, based on the current Scheduling Order, those cost

16   will be sunk before the parties reach their VDRP session. Therefore, the parties move this Court

17   and stipulate to modify the Scheduling Order as it pertains to Expert Disclosure, Rebuttal

18   Experts, Discovery Closure, and Discovery Motions.

19   5.   The parties move this court to modify the PRETRIAL SCHEDULING ORDER discovery

20   deadlines as follows:

21         Expert Disclosures:     July 15, 2013

22         Rebuttal Experts:       August 10, 2013

23         Discovery Cut-off:      November 3, 2013

24         Last date to notice Discovery Motions to compel is November 3, 2013.

25   6.   The parties have all agreed to work together diligently to schedule and complete all remaining

26   discovery, as soon as possible, but believe the above requested extension at paragraph 5 is

27   necessary to complete discovery, while giving VDRP the greatest chance of success. With these

28   proposed changes in the schedule, the parties agree that the remaining scheduling for dispositive

STIPULATION TO EXTEND DISCOVERY DATES; [Proposed] ORDER

1    motions, pretrial conference and trial will not need to be altered.

2    Accordingly:

3                    STIPULATION TO EXTEND DISCOVERY DEADLINES

4    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

5    counsel, that the PRETRIAL SCHEDULING ORDER may be amended to extend the discovery

6    deadlines as follows:

7    Expert Disclosures:    July 15, 2013

8    Rebuttal Experts:      August 10, 2013

9    Discovery Cut-off:     November 3, 2013

10   Last date to notice Discovery Motions to compel is November 3, 2013.

11

12   Dated: April 16, 2013              **MASTAGNI, HOLSTEDT, AMICK,**

13                                      **MILLER & JOHNSEN, APC.**

14

15                                      By: __ /S/ Phillip R.A. Mastagni _____

16                                      PHILLIP R. A. MASTAGNI (SBN 238254)

17                                      Attorneys for Plaintiff DIANE JAMES

18

19   Dated: April 16, 2012              **DIEPENBROCK & COTTER, LLP**

20

21                                      By: ___/S/ John P. Cotter_____

22                                      JOHN P. COTTER, Esq.

23                                      Attorneys for Defendants KIEWIT INFRASTRUCTURE WEST,

24                                      CO.

25

26

27

28

STIPULATION TO EXTEND DISCOVERY DATES; [Proposed] ORDER

1

**[~~PROPOSED~~] ORDER**

2      Good cause appearing, it is hereby ORDERED that the current dates set forth in the Court's

3  Scheduling Order Setting Expert Disclosure, Expert Rebuttal, and Discovery Closure Deadlines

4  previously filed on October 11, 2012, are hereby Modified, and the Court hereby issues Expert

5  Disclosure, Expert Rebuttal, and Discovery Closure Deadline Order, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures: | May 15, 2013 | July 15, 2013 |
| Rebuttal Experts: | June 10, 2013 | August 10, 2013 |
| Discovery Cut-off: | September 3, 2013 | November 3, 2013 |

11     The Court further orders that the last date to notice Discovery Motions to compel is November 3,

12  2013.

13  DATED: April 17, 2013.

14

15  _____
   ALLISON CLAIRE
16  UNITED STATES MAGISTRATE JUDGE