DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
IAN M. ROCHE (SBN 265038)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER & JOHNSEN, APC**
A Professional Corporation
1912 "I" Street, Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff,
DIANE JAMES

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST, CO., and DOES 1 through 200, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-01651-WBS-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs.

Respectfully Submitted,

Dated:  December 02, 2013     **MASTAGNI, HOLSTEDT, AMICK,**
                              **MILLER & JOHNSEN, A.P.C.**


                              */s/ Phillip R.A. Mastagni*
                              Phillip R.A. Mastagni
                              Attorneys for Plaintiff

Dated:  December 02, 2013     **DIEPENBROCK & COTTER, LLP**


                               */s/ John P. Cotter*
                              John P. Cotter
                              Attorneys for Defendants

**ORDER FOR DISMISSAL**

Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs.

Dated:  December 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE